IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laiane Rodrigues da Silva,<br><br>Petitioner,<br><br>v.<br><br>Fred Figueroa, *et al.*,<br><br>Respondents. | No. CV-25-04015-PHX-JJT (MTM)<br><br>**ORDER** |

On November 18, 2025 the Court granted Petitioner's § 2241 Petition and ordered Respondents to release her from custody or provide her with a bond hearing. (Doc. 15.) On January 15, 2026, Petitioner filed an application for attorney's fees under the Equal Access to Justice Act. (Doc. 21.) Respondents do not oppose the request. (Doc. 24.) The request is granted.

**IT IS THEREFORE ORDERED** Petitioner's request for attorney fees and costs (Doc. 21) is **granted**. Respondents shall pay $5,117.51 to Petitioners' counsel no later than **February 27, 2026**.

Dated this 2nd day of February, 2026.

Honorable John J. Tuchi
United States District Judge